# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA PROPERTY 1, LLC, D/B/A
THE COSMOPOLITAN OF LAS VEGAS,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE,
Respondents,

and

ANAHID KIOUDJIAN,
Real Party in Interest.

No. 73506

FILED

SEP 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus challenging a district court order denying a motion for partial summary judgment. Having considered all documents on file herein, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Petitioner's motion and emergency motion for stay are denied as moot.

17-33080

cc: Hon. Michelle Leavitt, District Judge
Kravitz, Schnitzer & Johnson, Chtd.
Moss Berg Injury Lawyers
Injury Lawyers of Nevada
Eighth District Court Clerk